and disbursements, with leave to plaintiff to serve a second amended complaint on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

A. & B. EXPORT AND IMPORT CORPORATION, Respondent, v. FRANCO-AMERICAN CHEMICAL COMPANY, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

TOMMASO CARELLI, as Administrator, etc., of IDA CARELLI, Deceased, Respondent, v. LILLIE S. STINER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FRANK P. MALLA, Respondent, v. DAVID SCHULDINER, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

DANIEL DANEHY, Appellant, v. CANADA STEAMSHIP LINES, LTD., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

NATHAN BREGSTONE v. BARNET GREENBERG and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JAMES TALCOTT, INC., v. ACME FINISHING COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; defendant's time to appear generally and to answer extended twenty days from service of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JAMES TALCOTT, INC., v. ACME FINISHING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS LANDE, etc., v. L. & S. CONSTRUCTION COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of WILLIAM P. BURR, Appellant, v. JOHN R. VOORHIS and Others, as Custodians of Primary Records and as Commissioners of Election of the City of New York, Respondents.— Order affirmed, without costs, as a matter of law and not in the exercise of discretion, upon the authority of Matter of Walsh v. Boyle (179 App. Div. 582), with leave to petitioner to appeal to the Court of Appeals. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ABNER GREENBERG v. JEROME H. REMICK & COMPANY.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Memorandum per curiam.* Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

* See post, p. 966.— [REP.